AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CAROL LYNNE ARAO <br> Plaintiff <br> v. <br> CABRILLO COMMUNITY COLLEGE, ET AL. <br> Defendant | ) <br> ) <br> ) Civil Action No. <br> ) C08 03050 <br> ) <br> ) PVT |

## Summons in a Civil Action

To:   CABRILLO COMMUNITY COLLEGE, ET AL.
      (Defendant's name)

A lawsuit has been filed against you.

Within __30__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

CAROL LYNNE ARAO
P.O. Box 1621
Capitola, CA 95010

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 2 3 2008

Richard W. Wieking
Name of clerk of court

Tiffany Salinas-Harwell
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___6-26-08___,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

→  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _Pat Borden, Cabrillo Comunity College DISTRKT_ ; or _6500 Soquel Dr. Aptos, CA 95003_

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _16.00_ for services, for a total of $ _16.00_.

Date: _6-26-08_

                                              _Diane Battendieri_
                                                  Server's signature

                                             _Diane Barrendieri_
                                                Printed name and title

                                   _144 Holm Rd #54 Watsonville, CA 95076_
                                                Server's address