1  KENNETH R. MACKIE #248473
   LAW OFFICE OF KENNETH R. MACKIE
2  3153 Tupelo Drive
   Merced, CA 95348
3  (209) 631-8395

4  Attorney for Plaintiff:
   Carol Lynne Arao

5

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10

11 CAROL LYNNE ARAO,                         Case No.: 5:08-CV-03050 PVT

12         Plaintiff,
                                             STIPULATION TO ALLOW FILING OF
13     v.                                    SECOND AMENDED COMPLAINT; AND
                                             TO STAY PROCEEDINGS AND EXTEND
14 CABRILLO COMMUNITY COLLEGE, PEGI ARD,     TIME SET BY ORDER SETTING INITIAL
   DEBRA BARNETT, LOREE McCAWLEY, BARBARA    CASE MANAGEMENT CONFERENCE AND
15 SHINGAI, SHELLEY WEST, and DOES 1 through 100 ADR DEADLINE, AND PROPOSED ORDER

16         Defendants.

17

18         This stipulation is entered into by Kenneth R. Mackie of behalf of plaintiff and John A. Shupe on behalf of

19 all defendants presently named in the lawsuit. It is hereby stipulated that plaintiff may file a Second Amended

20 Complaint. (Proposed Seconded Amended Complaint attached hereto.)

21         It is further stipulated that the time to respond to the Complaint in this action shall begin to run from the
   filing of the Second Amended Complaint and that the named defendants will have twenty (20) days from the date of
22 service of the Second Amended Complaint in which to file a responsive pleading.

23         In addition, the undersigned counsel stipulate and agree that the current Scheduling Order requires

24 modification.

25         The undersigned counsel concur that this is a case in which contains a number of State causes of action for

26 which administrative remedies have yet to be exhausted. To prevent multiple lawsuits concerning the same

---

1

Case No.: 5:08-CV-03050 PVT
STIPULATION TO ALLOW FILING OF SECOND AMENDED COMPLAINT; AND TO STAY PROCEEDINGS AND EXTEND TIME
SET BY ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE, AND PROPOSED ORDER

underlying facts and parties, it is necessary to pursue administrative remedies to exhaustion thus allowing this court to here those causes of action under pendent jurisdiction. The parties are currently engaged in dialogue to arrive at an early settlement of this action. In the interests of judicial economy, the parties therefore stipulate and agree to Stay the Proceedings for 120 days and that the times fixed by the Court's Scheduling Order for the close of discovery should be extended by three (3) months and that all other dates set by that Order should similarly be extended by a three (3) month period. The parties respectfully request that the court extend the following dates as set forth hereinafter:

(1) The Last Day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, currently set for September 16, 2008, shall be extended three months to December 16, 2008;

(2) The Last Day to file ADR Certification signed by Parties and Counsel, currently set for September 16, 2008, shall be extended three months to December 16, 2008;

(3) The Last Day to file either Stipulation to ADR process or Notice of Need for ADR Phone Conference, currently set for September 16, 2008, shall be extended three months to December 16, 2008;

(4) The Last Day to file Rule 25(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement, currently set for September 30, 2008, shall be extended three months to December 30, 2008;

(5) The INITIAL CASE MANAGEMENT CONFERENCE, currently set for October 7, 2008, shall be extended three months to January 6, 2009.

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that do to the reasons set forth hereinabove, all of the above dates shall be continued as indicated, unless those dates are incompatible with the Court calendar, in which case the Court shall assign an appropriate date commensurate with its calendar.

2

Case No.: 5:08-CV-03050 PVT
STIPULATION TO ALLOW FILING OF SECOND AMENDED COMPLAINT; AND TO STAY PROCEEDINGS AND EXTEND TIME SET BY ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE, AND PROPOSED ORDER

DATED: September 24, 2008

/S/ Kenneth R. Mackie
KENNETH R. MACKIE
Attorney for Plaintiff CAROL LYNNE ARAO

DATED: September 24, 2008

JOHN SHUPE
Attorney for Defendants CABRILLO COMMUNITY COLLEGE, PEGI ARD, DEBRA BARNETT, LOREE McCAWLEY, BARBARA SHINGAI, and SHELLEY WEST

**ORDER**

IT IS SO ORDERED; AS MODIFIED.

DATE: 10/1/08

Patricia V. Trumbull
Judge of the United States District Court

---

3

Case No.: 5:08-CV-03050 PVT
STIPULATION TO ALLOW FILING OF SECOND AMENDED COMPLAINT; AND TO STAY PROCEEDINGS AND EXTEND TIME SET BY ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE, AND PROPOSED ORDER