UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROL LYNNE ARAO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CABRILLO COMMUNITY COLLEGE, et al.,<br><br>　　　　Defendants. | Case No.: C 08-3050 PVT<br><br>**CASE MANAGEMENT CONFERENCE ORDER** |

On January 6, 2009, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that Plaintiff shall complete her initial disclosures no later than January 23, 2009, and Defendants shall complete their initial disclosures no later than January 30, 2009.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal

Rules of Civil Procedure apply to this case, except that:

    Each side may propound 50 interrogatories;

    Each side may take up to 12 depositions.

    IT IS FURTHER ORDERED that the parties shall participate in this court's mediation program. The mediation shall occur within 60 days of this order.

    IT IS FURTHER ORDERED that the parties shall appear for a further Case Management Conference at 2:00 p.m. on April 14, 2009. The parties shall file a supplemental Joint Case Management Conference Statement no later than April 7, 2009. Any refinement of the parties' statement of the factual or legal issues in dispute must be specified in the supplemental Joint Case Management Conference Statement.

    IT IS FURTHER ORDERED that discovery is stayed until April 14, 2009.

Dated: *1/6/09*

                                             PATRICIA V. TRUMBULL
                                             United States Magistrate Judge