UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROL LYNNE ARAO,<br><br>    Plaintiff,<br><br>    v.<br><br>CABRILLO COMMUNITY COLLEGE, et al.,<br><br>    Defendants. | Case No.: C 08-3050 PVT<br><br>**FURTHER CASE MANAGEMENT<br>CONFERENCE ORDER** |

On June 16, 2009, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Further Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply to this case, except that each side may propound up to 25 requests for production[1] and/or inspection under Federal Rules of Civil Procedure 34.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1/29/10

---

[1] Upon additional consideration after this Further Case Management Conference, the court concludes that limits on the number of document requests, rather than on the number of pages of documents to be produced, is more consistent with the relevant provisions of the Federal Rules of Civil Procedure.

ORDER, *page 1*

| | | |
|---|---|---|
| 1 | Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1/29/10 |
| 2 | Designation of Rebuttal Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2/26/10 |
| 3 | Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3/26/10 |
| 4 | Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2 | |
| 5 | Last Day for Dispositive Motion Hearing[2] . . . . . . . . . . . . . . . . . . . . . . . | 10:00 a.m. on 4/27/10 |
| 6 | Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2:00 p.m. on 7/20/10 |
| 7 | Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9:30 a.m. on 7/26/10 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June 2008), a copy of which is available from the clerk of the court,[3] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *6/16/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[3] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 06/10/08."

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on   *6/16/09*   to:

Carol Lynne Arao
P.O. Box 1621
Capitola, CA 95010

                                   */s/   Donna Kirchner*                    *for*
                                   CORINNE LEW
                                   Courtroom Deputy